DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PAULA TRICKEY,**
Appellant,

v.

**WARREN CARLOS SAPP,**
Appellee.

No. 4D20-1762

[June 10, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. CACE 16-20761.

John M. Phillips and William K. Walker of Phillips & Hunt, Jacksonville, for appellant.

Robin F. Hazel and Jesmany Jomarron of Farrell Patel Jomarron & Lopez, PLLC, Miami, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and FORST, JJ., concur.

*                *                *

***Not final until disposition of timely filed motion for rehearing.***